

# Attachment A